**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

**BONNIE COPPAGE and DANIEL JACOBS,**

**Plaintiffs,**

**v.** **CIVIL ACTION NO. ____________**

**TRUIST BANK, N.A.,**

**Defendant.**

**NOTICE OF REMOVAL**

COMES NOW defendant Truist Bank ("Defendant"), incorrectly identified in the Complaint as "Truist Bank, N.A.," by and through undersigned counsel, and pursuant to the provisions of 28 U.S.C. §§ 1331, 1441, and 1446, appearing specially so as to preserve any and all defenses available under Rule 12 of the Federal Rules of Civil Procedure and all defenses under the federal laws of bankruptcy, and preserving its right to demand arbitration pursuant to contractual agreements and the Federal Arbitration Act, 9 U.S.C. § 1 *et seq.*, hereby gives notice of the removal of this action from the Circuit Court of Baldwin County, Alabama to the United States District Court for the Southern District of Alabama, Southern Division. In support thereof, Defendant respectfully shows the Court as follows:

## I. PROCEDURAL HISTORY

1. On or about September 21, 2026, plaintiffs Bonnie Coppage and Daniel Jacobs ("Plaintiffs") filed a complaint against Defendant in the Circuit Court of Baldwin County, Alabama (the "Complaint"). *See* Complaint, attached hereto with the state court file as **Exhibit A**.

2. Defendant received service of process on October 16, 2026.

3. In the Complaint, Plaintiffs assert a claim for declaratory relief and a claim under the Real Estate Settlement Procedures Act ("RESPA"), 12 U.S.C. § 2601 *et seq.* based on Truist's alleged conduct in servicing the loan. *See generally* Ex. A, Compl. Plaintiffs seek damages and costs. *See id.*

## II. FEDERAL QUESTION JURISDICTION

4. Federal question jurisdiction exists over this action.

5. Federal district courts have "original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331. Removal jurisdiction based upon a federal question exists when a federal question is presented on the face of a plaintiff's complaint. *See Caterpillar, Inc. v. Williams*, 482 U.S. 386, 392 (1987).

6. This case is properly removable pursuant to 28 U.S.C. § 1441 because federal question jurisdiction is present. Section 1441 provides, in pertinent part:

> Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of

> which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

28 U.S.C. § 1441(a).

7. This is a civil action arising under the Constitution, laws, or treatises of the United States because all of the claims asserted in Plaintiffs' Complaint arise under RESPA, 12 U.S.C. § 2601 *et seq*. *See generally* Ex. A, Compl. Accordingly, Plaintiffs' claims in this action arise under the laws of the United States and fall within this Court's original jurisdiction.

## III. <u>ADOPTION AND RESERVATION OF DEFENSES</u>

8. Nothing in this Notice of Removal shall be interpreted as a waiver or relinquishment of any of Defendant's rights to assert any affirmative defenses, including, but not limited to, the defenses of: (1) lack of jurisdiction over the person; (2) improper venue; (3) insufficiency of process; (4) insufficiency of service of process; (5) improper joinder of claims and/or parties; (6) failure to state a claim; (7) the mandatory arbitrability of some or all of the claims; (8) failure to join indispensable parties; or (9) any other pertinent defense available under Alabama law and/or Fed. R. Civ. P. 12, any state or federal statute, or otherwise.

## IV. PROCEDURAL REQUIREMENTS

9. This case is a civil action within the meaning of the Acts of Congress relating to the removal of cases.

10. True, correct, and certified copies of "all process, pleadings, and orders" from the state court action are attached hereto as **Exhibit A** in conformity with 28 U.S.C. § 1446(a). There are no other process, pleadings, or orders served upon Defendant to date in this case.

11. This Notice of Removal is filed within thirty days after service of the Complaint on Defendant and is, therefore, filed within the time frame set forth in 28 U.S.C. § 1446(b).

12. Defendant has not previously sought similar relief.

13. The United States District Court for the Southern District of Alabama, Southern Division is the district and division embracing the place where this action is pending in state court.

14. Defendant reserves the right to supplement this Notice of Removal by adding any jurisdictional grounds that may independently support a basis for removal.

15. Contemporaneously with the filing of this Notice of Removal, Defendant has filed a copy of same, along with a Notice of Filing Notice of Removal,

with the clerk of the Circuit Court of Baldwin County, Alabama. Written notice of the filing of this Notice of Removal has also been served upon Plaintiffs.

**WHEREFORE**, Defendant prays that the Court will take jurisdiction of this action and issue all necessary orders and process to remove this action from the Circuit Court of Baldwin County, Alabama, to the United States District Court for the Southern District of Alabama, Southern Division.

Respectfully submitted this the 13th day of November, 2026.

*s/ Kristen P. Watson*
David A. Elliott (ASB-7690-L68D)
Kristen P. Watson (ASB-6938-A22P)

BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
delliott@burr.com
kwatson@burr.com

Attorneys for Defendant
TRUIST BANK

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on the following by directing the same to their addresses through United States first-class mail, postage prepaid, on this the 13th day of November, 2026:

Bonnie Coppage
105 S. Pine Street
Bay Minette, AL 36507
Telephone: (251) 623-0043
Email: bonnie.coppage@outlook.com

Daniel Jacobs
157 Windsor Drive
Daphne, AL 36526
Telephone: (251) 321-4411
Email: daniel.jacobs822@gmail.com

*s/ Kristen P. Watson*
OF COUNSEL